JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CHARLES ALBERT NEELY, JR.,          )          Case No. EDCV 16-28 DOC(JC)
                                    )
                    Petitioner,     )
                                    )          JUDGMENT
            v.                      )
                                    )
ELDRIDGE PRESSLEY, Warden,          )
                                    )
                    Respondent.     )
_____ )

     Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody and this action are dismissed with prejudice.

     DATED: ___February 22, 2017_____


_____
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE